

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00488-CV

**IN RE** Maria Cristina **BRITTINGHAM-SADA**, Daniel Milmo Brittingham,
and Maria Cristina Lobeira-Brittingham

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: August 19, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied. Relators shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-PB7-000049-L1, styled *In re Estate of Juan Roberto Brittingham-McLean, Deceased*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Alvino "Ben" Morales presiding.